UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ESCOBAR | CIVIL ACTION |
| VERSUS | 07-1771 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION "T"(3) |

## ORDER

Before the Court is the Plaintiff's Motion to Remand to State Court [Rec. Doc. No. 5].

The Court has been apprised that the defendant no longer objects to the motion.

Accordingly, the Plaintiff's Motion to Remand is hereby **GRANTED.**

New Orleans, Louisiana, this 8th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS, JR.